June 3, 1966

## Commonwealth ex rel. Jordan, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Rob-*

ert *Jordan*, appellant, in propria persona; *Edward J. Tocci*, Assistant District Attorney, and *Robert J. Masters*, District Attorney, for appellee.

Order affirmed.